# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: TUF POWERSPORTS, INC.                                   §   Case No. 09-70689
                                                              §
                                                              §
Debtor(s)                                                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code
was filed on February 27, 2009.  The undersigned trustee was appointed on June 01, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the
disposition of all property of the estate is attached as  **Exhibit A.**

4. The trustee realized the gross receipts of              $          139,031.97

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 1,352.23 |
| Administrative expenses | 3,383.60 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 134,296.14 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 08/18/2009 and the deadline for filing governmental claims was 08/26/2009.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,201.60.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,201.60, for a total compensation of $10,201.60. [2]In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $198.60, for total expenses of $198.60.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/18/2011          By:/s/JOSEPH D. OLSEN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page:  1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70689

**Case Name:**    TUF POWERSPORTS, INC.

**Period Ending:** 08/18/11

**Trustee:**        (330400)    JOSEPH D. OLSEN

**Filed (f) or Converted (c):** 02/27/09 (f)

**§341(a) Meeting Date:**    04/07/09

**Claims Bar Date:**    08/18/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | St. Charles ank & Trust Company pledged to Kawas | 115,000.00 | 105,000.00 | | 115,484.48 | FA |
| 2 | 2004 Chevy Pickup - 200,000 miles | 3,000.00 | 3,000.00 | | 12,500.00 | FA |
| 3 | 48 foot gooseneck trailer | 10,000.00 | 10,000.00 | | 9,500.00 | FA |
| 4 | misc. office equipment | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | misc. fixtures, equipments, etc. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | credit memos  (u) | 0.00 | 1,200.00 | | 1,352.23 | FA |
| 7 | (Tollway) Silverado pickup  (u) | 0.00 | Unknown | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 195.26 | FA |
| **8** | **Assets**        **Totals** (Excluding unknown values) | **$131,000.00** | **$119,200.00** | | **$139,031.97** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**        June 30, 2010

**Current Projected Date Of Final Report (TFR):**        July 20, 2011  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-70689

**Case Name:** TUF POWERSPORTS, INC.

**Taxpayer ID #:** **-***6679

**Period Ending:** 08/18/11

**Trustee:** JOSEPH D. OLSEN (330400)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****38-19 - Time Deposit Account

**Blanket Bond:** $1,500,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 09/10/09 | | FUNDING ACCOUNT: ********3865 | | 9999-000 | 100,000.00 | | 100,000.00 |
| 10/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 13.15 | | 100,013.15 |
| 11/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 12.33 | | 100,025.48 |
| 12/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 13.16 | | 100,038.64 |
| 01/13/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 12.33 | | 100,050.97 |
| 02/12/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 12.34 | | 100,063.31 |
| 03/15/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 12.75 | | 100,076.06 |
| 04/14/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 12.34 | | 100,088.40 |
| 05/14/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 12.34 | | 100,100.74 |
| 05/18/10 | | Transfer out to account ********3866 | Transfer out to account ********3866 | 9999-000 | -100,100.74 | | 0.00 |

|  |  | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | -100.74 | 0.00 | |
| | | | **Subtotal** | | **100.74** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$100.74** | **$0.00** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-70689
**Case Name:** TUF POWERSPORTS, INC.

**Taxpayer ID #:** **-***6679
**Period Ending:** 08/18/11

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****38-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/06/09 | {6} | Suzuki Motor Corporation | credit on acct. | | 1221-000 | 1,109.82 | | 1,109.82 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.03 | | 1,109.85 |
| 08/04/09 | {6} | ADT Security Services, Inc. | credit refund check | | 1221-000 | 169.13 | | 1,278.98 |
| 08/04/09 | {6} | First Advantage Credco, LLC | refund of credit | | 1221-000 | 73.28 | | 1,352.26 |
| 08/04/09 | | Action Auctioneering | Proceeds of auction (pick-up & Trailer) | | | 22,000.00 | | 23,352.26 |
| | {2} | | Pick-up | 12,500.00 | 1129-000 | | | 23,352.26 |
| | {3} | | Gooseneck Trailer | 9,500.00 | 1129-000 | | | 23,352.26 |
| 08/19/09 | {1} | St. Charles Bank & Trust Co. | Turnover of fund on account | | 1129-000 | 115,484.48 | | 138,836.74 |
| 08/26/09 | | To Account #********3866 | Per Ct. Order 8/24 - Pay Auctioneer | | 9999-000 | | 2,200.00 | 136,636.74 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.54 | | 136,639.28 |
| 09/10/09 | | ACCOUNT FUNDED: ********3819 | | | 9999-000 | | 100,000.00 | 36,639.28 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.85 | | 36,642.13 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.49 | | 36,643.62 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.54 | | 36,645.16 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.54 | | 36,646.70 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.44 | | 36,648.14 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.39 | | 36,649.53 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.64 | | 36,651.17 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.94 | | 36,652.11 |
| 04/20/10 | | Wire out to BNYM account 9200******3865 | Wire out to BNYM account 9200******3865 | | 9999-000 | -36,652.11 | | 0.00 |

|  | | | | ACCOUNT TOTALS | 102,200.00 | 102,200.00 | $0.00 |
|---|---|---|---|---|---|---|---|
|  | | | Less: Bank Transfers | -36,652.11 | 102,200.00 | |
|  | | | **Subtotal** | **138,852.11** | **0.00** | |
|  | | | Less: Payments to Debtors | | 0.00 | |
|  | | | **NET Receipts / Disbursements** | **$138,852.11** | **$0.00** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-70689 | |
| **Case Name:** | TUF POWERSPORTS, INC. | |
| | | |
| **Taxpayer ID #:** | **-***6679 | |
| **Period Ending:** | 08/18/11 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****38-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/09 | | From Account #********3865 | Per Ct. Order 8/24 - Pay Auctioneer | 9999-000 | 2,200.00 | | 2,200.00 |
| 08/26/09 | 101 | Action Auctioneering | Per Ct. Order of 8/24 - pay auctioneer | 3610-000 | | 2,200.00 | 0.00 |
| 05/18/10 | | Transfer in from account ********3819 | Transfer in from account ********3819 | 9999-000 | 100,100.74 | | 100,100.74 |
| 05/18/10 | | Wire out to BNYM account 9200******3819 | Wire out to BNYM account 9200******3819 | 9999-000 | -100,100.74 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **2,200.00** | **2,200.00** | **$0.00** |
| Less: Bank Transfers | 2,200.00 | 0.00 | |
| **Subtotal** | **0.00** | **2,200.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$2,200.00** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-70689
**Case Name:** TUF POWERSPORTS, INC.

**Taxpayer ID #:** **-***6679
**Period Ending:** 08/18/11

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******38-19 - Money Market Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3866 | Wire in from JPMorgan Chase Bank, N.A. account ********3866 | 9999-000 | 100,100.74 | | 100,100.74 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 5.75 | | 100,106.49 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 12.35 | | 100,118.84 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 12.75 | | 100,131.59 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 12.75 | | 100,144.34 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.46 | | 100,146.80 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.55 | | 100,149.35 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.46 | | 100,151.81 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.55 | | 100,154.36 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.55 | | 100,156.91 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.30 | | 100,159.21 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.55 | | 100,161.76 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.46 | | 100,164.22 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.55 | | 100,166.77 |
| 06/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.76 | | 100,167.53 |
| 06/30/11 | | To Account #9200******3866 | Prep. F. Rpt | 9999-000 | | 100,167.53 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **100,167.53** | **100,167.53** | **$0.00** |
| Less: Bank Transfers | | 100,100.74 | 100,167.53 |
| **Subtotal** | | **66.79** | **0.00** |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$66.79** | **$0.00** |

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-70689 | |
| **Case Name:** | TUF POWERSPORTS, INC. | |
| **Taxpayer ID #:** | **-***6679 | |
| **Period Ending:** | 08/18/11 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******38-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | 9999-000 | 36,652.11 | | 36,652.11 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.77 | | 36,652.88 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.18 | | 36,655.06 |
| 06/04/10 | | To Account #9200******3866 | Payment of bond premium | 9999-000 | | 113.38 | 36,541.68 |
| 06/08/10 | | To Account #9200******3866 | balance of bond premium | 9999-000 | | 8.72 | 36,532.96 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.10 | | 36,535.06 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.17 | | 36,537.23 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.17 | | 36,539.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.30 | | 36,539.70 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 36,540.01 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.30 | | 36,540.31 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 36,540.62 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 36,540.93 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.28 | | 36,541.21 |
| 03/18/11 | | To Account #9200******3866 | Turnover per Court order of 3/15/11 | 9999-000 | | 1,352.23 | 35,188.98 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.30 | | 35,189.28 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 35,189.47 |
| 04/25/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 35,189.50 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 35,189.55 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.29 | | 35,189.84 |
| 06/01/11 | | To Account #9200******3866 | pay bond premium | 9999-000 | | 111.50 | 35,078.34 |
| 06/14/11 | | To Account #9200******3866 | Pay Acct fees per Court Order 6/13/11 | 9999-000 | | 950.00 | 34,128.34 |
| 06/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.27 | | 34,128.61 |
| 06/30/11 | | To Account #9200******3866 | Prep. F. Rpt | 9999-000 | | 34,128.61 | 0.00 |

| | | | |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 36,664.44 | 36,664.44 | $0.00 |
| | Less: Bank Transfers | 36,652.11 | 36,664.44 | |
| | **Subtotal** | **12.33** | **0.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$12.33** | **$0.00** | |

Exhibit B

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

**Case Number:** 09-70689
**Case Name:** TUF POWERSPORTS, INC.

**Taxpayer ID #:** **-***6679
**Period Ending:** 08/18/11

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******38-66 - Checking Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******3865 | Payment of bond premium | 9999-000 | 113.38 | | 113.38 |
| 06/04/10 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-70689, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 113.38 | 0.00 |
| 06/07/10 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-70689, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -113.38 | 113.38 |
| 06/08/10 | | From Account #9200******3865 | balance of bond premium | 9999-000 | 8.72 | | 122.10 |
| 06/08/10 | 10103 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-70689, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 122.10 | 0.00 |
| 06/08/10 | 10103 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-70689, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -122.10 | 122.10 |
| 06/08/10 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-70689, Bond Premium #016018067 | 2300-000 | | 122.10 | 0.00 |
| 03/18/11 | | From Account #9200******3865 | Turnover per Court order of 3/15/11 | 9999-000 | 1,352.23 | | 1,352.23 |
| 03/18/11 | 10105 | Fifth Third Bank | Per Turnover order of 3/15/11 | 4110-000 | | 1,352.23 | 0.00 |
| 06/01/11 | | From Account #9200******3865 | pay bond premium | 9999-000 | 111.50 | | 111.50 |
| 06/01/11 | 10106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-70689, BOND #016018067 | 2300-000 | | 111.50 | 0.00 |
| 06/14/11 | | From Account #9200******3865 | Pay Acct fees per Court Order 6/13/11 | 9999-000 | 950.00 | | 950.00 |
| 06/14/11 | 10107 | Benning Group, LLC | Pay accountant fees per Court Order 6/13 | 3310-000 | | 950.00 | 0.00 |
| 06/30/11 | | From Account #9200******3865 | Prep. F. Rpt | 9999-000 | 34,128.61 | | 34,128.61 |
| 06/30/11 | | From Account #9200******3819 | Prep. F. Rpt | 9999-000 | 100,167.53 | | 134,296.14 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 257.56 | 134,038.58 |
| 08/03/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -257.56 | 134,296.14 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 136,831.97 | 2,535.83 | **$134,296.14** |
| Less: Bank Transfers | 136,831.97 | 0.00 | |
| **Subtotal** | **0.00** | **2,535.83** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$2,535.83** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-70689 | |
| **Case Name:** TUF POWERSPORTS, INC. | |
| | |
| **Taxpayer ID #:** **-***6679 | |
| **Period Ending:** 08/18/11 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******38-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

Net Receipts : 139,031.97
_____
Net Estate : $139,031.97

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TIA # ***-*****38-19** | 100.74 | 0.00 | 0.00 |
| **MMA # ***-*****38-65** | 138,852.11 | 0.00 | 0.00 |
| **Checking # ***-*****38-66** | 0.00 | 2,200.00 | 0.00 |
| **MMA # 9200-*****38-19** | 66.79 | 0.00 | 0.00 |
| **MMA # 9200-*****38-65** | 12.33 | 0.00 | 0.00 |
| **Checking # 9200-******38-66** | 0.00 | 2,535.83 | 134,296.14 |
| | $139,031.97 | $4,735.83 | $134,296.14 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER    **Claims Bar Date:** August 18, 2009

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 09-70689 | | | Page: 1 | | **Date:** August 18, 2011 | |
| **Debtor Name:**  TUF POWERSPORTS, INC. | | | | | **Time:** 08:31:22 AM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $10,201.60 | $0.00 | 10,201.60 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $198.60 | $0.00 | 198.60 |
| 200 | United States Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 | Admin Ch. 7 | | $250.00 | $0.00 | 250.00 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $4,095.00 | $0.00 | 4,095.00 |
| 9P<br>570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL | Priority | | $17,113.50 | $0.00 | 17,113.50 |
| 9P-2<br>570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL | Priority | Duplicates Clm 9P | $0.00 | $0.00 | 0.00 |
| 17P<br>570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicgo, IL 60603 | Priority | | $1,671.73 | $0.00 | 1,671.73 |
| 18<br>570 | Internal Revenue Service<br>Centralized Insolvency Operations<br>Stop N 781,P.O. Box 21126<br>Philadelphia, PA 19114 | Priority | | $87,228.50 | $0.00 | 87,228.50 |
| 7S<br>950 | Castle Sales Company<br>POB 10417<br>Green Bay, WI 54307 | Secured | Included in claim #7U | $0.00 | $0.00 | 0.00 |
| 15-S<br>950 | Fifth-Third Bank<br>Attorney Peter Schmidt<br>161 North Clark Street, Suite #4200<br>Chicago, IL 60601 | Secured | Allowed per order dated 3-15-11. | $1,352.23 | $1,352.23 | 0.00 |
| 1<br>610 | ComEd<br>2100 Swift Drive<br>Attn: BK Section/Revenue Management<br>Oakbrook, IL 60523 | Unsecured | | $3,354.56 | $0.00 | 3,354.56 |
| 2<br>610 | S & S Industrial Supplly<br>740 No. Larch Avenue<br>Elmhurst, IL 60126 | Unsecured | | $90.11 | $0.00 | 90.11 |
| 3<br>610 | Tom McShane<br>2646 Leyland Lane<br>Aurora, IL 60504 | Unsecured | | $36,000.00 | $0.00 | 36,000.00 |

# **E X H I B I T   A**
## **ANALYSIS OF CLAIMS REGISTER**   **Claims Bar Date:** August 18, 2009

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 09-70689 | | | Page: 2 | | **Date:** August 18, 2011 | |
| **Debtor Name:** TUF POWERSPORTS, INC. | | | | | **Time:** 08:31:22 AM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4<br>610 | Rockford Industrial Welding Supply,<br>POB 5405<br>Rockford, IL 61125 | Unsecured | | $180.60 | $0.00 | 180.60 |
| 5<br>610 | Cornerstone Partners<br>2560 Foxfield Rd., Suite 150<br>Saint Charles, IL 60174 | Unsecured | | $368.08 | $0.00 | 368.08 |
| 6<br>610 | Tucker Rocky distributing<br>4900 Alliance Gateway Freeway<br>Fort Worth, TX 76177 | Unsecured | | $24,391.44 | $0.00 | 24,391.44 |
| 7U<br>610 | Castle Sales Company<br>POB 10417<br>Green Bay, WI 54307 | Unsecured | | $7,755.56 | $0.00 | 7,755.56 |
| 8<br>610 | Wim C Vandermeer<br>3960 Somonauk Road<br>Sandwich, IL 60548 | Unsecured | | $122.64 | $0.00 | 122.64 |
| 9U<br>610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL | Unsecured | | $0.00 | $0.00 | 0.00 |
| 9U-2<br>610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL | Unsecured | | $2,179.60 | $0.00 | 2,179.60 |
| 10<br>610 | Fox Head, Inc.<br>Department 33155<br>POB 39000<br>San Francisco, CA 94139 | Unsecured | | $59,081.92 | $0.00 | 59,081.92 |
| 11<br>610 | Nick Drummer<br>28257 IL HWY 92<br>LaMoille, IL 61330 | Unsecured | | $1,499.00 | $0.00 | 1,499.00 |
| 12<br>610 | Parts Unlimited<br>POB 5222<br>Janesville, WI 53547 | Unsecured | | $61,260.87 | $0.00 | 61,260.87 |
| 13<br>610 | GE Commercial Distribution Finance<br>Corporation\<br>5595 Trillium Boulevard Forth Floor<br>Hoffman Estates, IL 60192 | Unsecured | | $41,722.00 | $0.00 | 41,722.00 |
| 14<br>610 | Warwick Publishing, Inc.<br>c/o Thomas J. Hayes/Ice Miller LLP<br>2300 Cabot Dr., Suite 455<br>Lisle, IL 60532 | Unsecured | | $38,163.06 | $0.00 | 38,163.06 |
| 15-U<br>610 | Fifth Third Bank<br>Attorney Peter Schmidt<br>161 North Clark Street, Suite #4200<br>Chicago, IL 60601 | Unsecured | | $2,881,684.68 | $0.00 | 2,881,684.68 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER     **Claims Bar Date:** August 18, 2009

| **Case Number:** 09-70689 | Page: 3 | **Date:** August 18, 2011 |
|---|---|---|
| **Debtor Name:** TUF POWERSPORTS, INC. | | **Time:** 08:31:22 AM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 620 | TraderMedia<br>POB 3096<br>Norfolk, VA 23514 | Unsecured | | $27,729.20 | $0.00 | 27,729.20 |
| 17U 620 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicgo, IL 60603 | Unsecured | | $340.00 | $0.00 | 340.00 |
| 18 620 | Internal Revenue Service<br>Centralized Insolvency Operations<br>Stop N 781,P.O. Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $8,034.17 | $0.00 | 8,034.17 |
| 19 620 | Western Surety Company<br>c/o Kazlow & Fields, LLC<br>11605 Crossroads Circle, Suite J<br>Baltimore, MD 21220 | Unsecured | | $2,990.00 | $0.00 | 2,990.00 |
| **<< Totals >>** | | | | 3,319,058.65 | 1,352.23 | 3,317,706.42 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-70689
Case Name: TUF POWERSPORTS, INC.
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**                         $         134,296.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7S | Castle Sales Company | 10.00 | 0.00 | 0.00 | 0.00 |
| 15-S | Fifth-Third Bank | 1,352.23 | 1,352.23 | 1,352.23 | 0.00 |

Total to be paid to secured creditors:   $         0.00
Remaining balance:   $         134,296.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 10,201.60 | 0.00 | 10,201.60 |
| Trustee, Expenses - JOSEPH D. OLSEN | 198.60 | 0.00 | 198.60 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,095.00 | 0.00 | 4,095.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses:   $         14,745.20
Remaining balance:   $         119,550.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $         119,550.94

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $106,013.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Illinois Department of Revenue | 17,113.50 | 0.00 | 17,113.50 |
| 17P | Illinois Department of Employment Security | 1,671.73 | 0.00 | 1,671.73 |
| 18 | Internal Revenue Service | 87,228.50 | 0.00 | 87,228.50 |

Total to be paid for priority claims:   $      106,013.73
Remaining balance:   $      13,537.21

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,157,854.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ComEd | 3,354.56 | 0.00 | 14.38 |
| 2 | S & S Industrial Supplly | 90.11 | 0.00 | 0.39 |
| 3 | Tom McShane | 36,000.00 | 0.00 | 154.33 |
| 4 | Rockford Industrial Welding Supply, | 180.60 | 0.00 | 0.77 |
| 5 | Cornerstone Partners | 368.08 | 0.00 | 1.58 |
| 6 | Tucker Rocky distributing | 24,391.44 | 0.00 | 104.56 |
| 7U | Castle Sales Company | 7,755.56 | 0.00 | 33.25 |
| 8 | Wim C Vandermeer | 122.64 | 0.00 | 0.53 |
| 9U-2 | Illinois Department of Revenue | 2,179.60 | 0.00 | 9.34 |
| 10 | Fox Head, Inc. | 59,081.92 | 0.00 | 253.27 |
| 11 | Nick Drummer | 1,499.00 | 0.00 | 6.43 |
| 12 | Parts Unlimited | 61,260.87 | 0.00 | 262.62 |
| 13 | GE Commercial Distribution Finance Corporation\ | 41,722.00 | 0.00 | 178.86 |
| 14 | Warwick Publishing, Inc. | 38,163.06 | 0.00 | 163.60 |
| 15-U | Fifth Third Bank | 2,881,684.68 | 0.00 | 12,353.30 |

Total to be paid for timely general unsecured claims:   $      13,537.21
Remaining balance:   $      0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 39,093.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | TraderMedia | 27,729.20 | 0.00 | 0.00 |
| 17U | Illinois Department of Employment Security | 340.00 | 0.00 | 0.00 |
| 18 | Internal Revenue Service | 8,034.17 | 0.00 | 0.00 |
| 19 | Western Surety Company | 2,990.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $ 0.00

Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $ 0.00

Remaining balance:  $ 0.00

**UST Form 101-7-TFR (05/1/2011)**