# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: TUF POWERSPORTS, INC. | § Case No. 09-70689 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/21/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 08/18/2011    By: /s/JOSEPH D. OLSEN
                                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: TUF POWERSPORTS, INC. | § | Case No. 09-70689 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 139,031.97

*and approved disbursements of*  $ 4,735.83

*leaving a balance on hand of* [1]  $ 134,296.14

**Balance on hand:**  $ 134,296.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7S | Castle Sales Company | 10.00 | 0.00 | 0.00 | 0.00 |
| 15-S | Fifth-Third Bank | 1,352.23 | 1,352.23 | 1,352.23 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 134,296.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 10,201.60 | 0.00 | 10,201.60 |
| Trustee, Expenses - JOSEPH D. OLSEN | 198.60 | 0.00 | 198.60 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,095.00 | 0.00 | 4,095.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses:  $ 14,745.20
Remaining balance:  $ 119,550.94

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $          0.00
Remaining balance:                                          $    119,550.94

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $106,013.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Illinois Department of Revenue | 17,113.50 | 0.00 | 17,113.50 |
| 17P | Illinois Department of Employment Security | 1,671.73 | 0.00 | 1,671.73 |
| 18 | Internal Revenue Service | 87,228.50 | 0.00 | 87,228.50 |

Total to be paid for priority claims:  $    106,013.73
Remaining balance:                    $     13,537.21

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,157,854.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ComEd | 3,354.56 | 0.00 | 14.38 |
| 2 | S & S Industrial Supplly | 90.11 | 0.00 | 0.39 |
| 3 | Tom McShane | 36,000.00 | 0.00 | 154.33 |
| 4 | Rockford Industrial Welding Supply, | 180.60 | 0.00 | 0.77 |
| 5 | Cornerstone Partners | 368.08 | 0.00 | 1.58 |
| 6 | Tucker Rocky distributing | 24,391.44 | 0.00 | 104.56 |
| 7U | Castle Sales Company | 7,755.56 | 0.00 | 33.25 |
| 8 | Wim C Vandermeer | 122.64 | 0.00 | 0.53 |
| 9U-2 | Illinois Department of Revenue | 2,179.60 | 0.00 | 9.34 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 10 | Fox Head, Inc. | 59,008.49 | 0.00 | 253.27 |
| 11 | Nick Drummer | 1,499.00 | 0.00 | 6.43 |
| 12 | Parts Unlimited | 61,260.87 | 0.00 | 262.62 |
| 13 | GE Commercial Distribution Finance Corporation\ | 41,722.00 | 0.00 | 178.86 |
| 14 | Warwick Publishing, Inc. | 38,163.06 | 0.00 | 163.60 |
| 15-U | Fifth Third Bank | 2,881,684.68 | 0.00 | 12,353.30 |

Total to be paid for timely general unsecured claims:     $     13,537.21
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 39,093.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 16 | TraderMedia | 27,729.20 | 0.00 | 0.00 |
| 17U | Illinois Department of Employment Security | 340.00 | 0.00 | 0.00 |
| 18 | Internal Revenue Service | 8,034.17 | 0.00 | 0.00 |
| 19 | Western Surety Company | 2,990.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:     $     0.00
Remaining balance:     $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims:     $     0.00
Remaining balance:     $     0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/JOSEPH D. OLSEN
                            Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-70689-MB
TUF Powersports, Inc.                                                     Chapter 7
       Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: cshabez              Page 1 of 3              Date Rcvd: Aug 24, 2011
                              Form ID: pdf006            Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2011.
db         +TUF Powersports, Inc.,    1901 E. Lincoln Highway,    Dekalb, IL 60115-3996
aty        +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
             Rockford, Il 61108-2582
tr         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
13579996   +ADP Lightspeed,    1950 Hassell Road,    Hoffman Estates, IL 60169-6300
13579995   +ADP Lightspeed,    POB 88921,    Chicago, IL 60695-1921
13579997    ADT Security Services, Inc.,    POB 371967,    Pittsburgh, PA 15250-7967
13580005   +AT&T,    POB 8100,    Aurora, IL 60507-8100
13579998   +Allied Waste Services,    POB 9001154,    Louisville, KY 40290-1154
13580000    American Industrial Source,    POB 8011,    Van Nuys, CA 91409-8011
13580001   +Andrew Stacy,    856 Warne Court,    Elburn, IL 60119-9153
13580004   +Arctic Cat Sales, Inc.,    POB 810,    Thief River Falls, MN 56701-0810
13580006   +Bell Sports, Inc.,    3367 Paysphere Circle,    Chicago, IL 60674-0001
13580008   +Caine & Weiner,    9960 Corporate Campus Drive,    Louisville, KY 40223-3008
13580009   +Capital One,    POB 6492,    Carol Stream, IL 60197-6492
13580010   +Castle Sales Company,    POB 10417,    Green Bay, WI 54307-0417
13580014   +Commerce Bank,    POB 26650,    Kansas City, MO 64196-6650
13580015   +Contemporary Distribution, Inc.,    POB 595,    La Grange, IL 60525-0595
13580016   +Cornerstone Partners,    2560 Foxfield Rd., Suite 150,    Saint Charles, IL 60174-1488
13580017   +Coverall North America, Inc.,    POB 802825,    Chicago, IL 60680-2825
13580018   +CrediSolve,    POB 48439,    Minneapolis, MN 55448-0439
13580019   +Crystal Clean,    Heritage Crystal Clean,    13621 Collections Center Drive,
             Chicago, IL 60693-0136
13580020   +DeKalb Chamber of Commerce,    164 E. Lincoln Hwy,    Dekalb, IL 60115-3228
15831277    Department of the Treasury,    Internal Revenue Service,    P.O. Box 7346,
             Philadelphia, PA  19101-7346
13580021   +DuPage Honda,    27W215 North Avenue,    West Chicago, IL 60185-1599
13580022   +Fifth Third Bank,    222 So. Riverside Plaza, 33rd Floor,    Chicago, IL 60606-6806
13621949   +Fifth Third Bank,    Peter J Schmidt,    Two Prudential Plaza,    180  N Setson Ave Ste 4525,
             CVhicago, IL 60601-6733
13580023   +First Advantage CREDCO,    POB 509019,    San Diego, CA 92150-9019
13580024   +Fox Head, Inc.,    Department 33155,    POB 39000,    San Francisco, CA 94139-0001
13580026   +G&K Services,    5611 11th Street,    Rockford, IL 61109-3654
13580027   +GE Capital,    4 Park Place, Suite 2080,    Irvine, CA 92614-2578
14326470   +GE Commercial Distribution Finance Corporation&#09;    5595 Trillium Boulevard Forth Floor,
             Hoffman Estates, IL 60192-3405
13580028   +General Electric,    3135 Easton Turnpike,    Fairfield, CT 06828-0001
17103466   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,    Centralized Insolvency Operations,
             Stop N 781,    P.O. Box 21126,    Philadelphia, Pa 19114)
15470768   +Illinois Department of Employment Security,    33 South State Street,
             Chicgo, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15149007    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
             Chicago, Illinois 60664-0338
13580029   +Illinois Department of Revenue Bankruptcy Section,    100 W Randolph St. #7-400,
             Chicago, IL 60601-3218
13580030   +Jason Hooper,    122 Vista Del Rio Drive,    Morgantown, WV 26508-8832
13580031    Kane Powersports, Inc.,    c/o Joseph Trysna,    210 Dean Street,    Saint Charles, IL 60175
13580032   +Kawaski,    9950 Geronimo Road,    Irvine, CA 92618-2014
13580033   +Kuryakyn Holdings, Inc.,    24058 Network Place,    Chicago, IL 60673-1240
13580034   +Kymco USA,    5 Stan Perkins Road,    Spartanburg, SC 29307-4336
13580035   +Liberty Tire Recyclilng, LLC,    POB 914,    North Liberty, IN 46554-0914
13580038   +MIdwest Motorcycle Setups, Inc.,    POB 595,    La Grange, IL 60525-0595
13580037   +McCarthy, Burgess & Wolff,    26000 Cannon Road,    Bedford, OH 44146-1807
13580041   +NoFear MX, Inc.,    1812 Aston Avenue,    Carlsbad, CA 92008-7306
13580042   +OGIO International, Inc.,    14926 South Pony Express Road,    Buffdale, UT 84065-4801
13580043   +One Industries,    12270 World Trade Dr #103,    San Diego, CA 92128-3765
13580044   +Parts Unlimited,    POB 5222,    Janesville, WI 53547-5222
13580046   +PowerSports Network, Inc.,    Attn: 17th Floor Section C,    POB 2638,    Norfolk, VA 23501-2638
13580050   +RPM One,    4495 Military Trail, Suite 207,    Jupiter, FL 33458-4818
13580047   +Reliable Printing Solutinos, Inc.,    2230 Michigan Avenue,    Santa Monica, CA 90404-3906
13580049   +Rockford Industrial Welding Supply,,    POB 5405,    Rockford, IL 61125-0405
13580051   +S & S Industrial Supplly,    740 No. Larch Avenue,    Elmhurst, IL 60126-1522
13580054   +Soaring Helmter Corp./VEGA Helmet,    18235 Olympic Avenue South,    Seattle, WA 98188-4722
13580055   +Spy+,    2070 Las Palmas,    Carlsbad, CA 92011-1518
13580056   +St. Charles Bank & Trust,    2401 Kaneville Road,    Geneva, IL 60134-2577
13580057   +Sure Grip,    Recreational Necessities, Inc.,    2702 Island View Drive,
             Saint Cloud, MN 56301-2900
13580058    TeleCheck Services, Inc,    POB 60028,    City Of Industry, CA 91716-0028
13580059   +The CBE Group, Inc.,    131 Tower Park Drive, Suite 100,    Waterloo, IA 50701-9374
13580060   +The Window Man, Inc.,    POB 1009,    Dekalb, IL 60115-7009
13580061   +Tom McShane,    2646 Leyland Lane,    Aurora, IL 60504-6076
13580062   +TraderMedia,    POB 3096,    Norfolk, VA 23514-3096

```
District/off: 0752-3          User: cshabez               Page 2 of 3                   Date Rcvd: Aug 24, 2011
                              Form ID: pdf006             Total Noticed: 82


13580063     +Troy Lee Designs,    155 E. Rincon Street,    Corona, CA 92879-1328
13580064     +Tucker Rocky Distributing,    3048 Paysphere Circle,    Chicago, IL 60674-0001
13580065     +Tucker Rocky distributing,    4900 Alliance Gateway Freeway,    Fort Worth, TX 76177-3722
13670302     +Tucker-Rocky Distributing,    c/o Euler Hermes UMA,    600 South 7th Street,
               Louisville, KY 40203-1968
13580067     +UPS,    Lockbox 577,   Carol Stream, IL 60132-0001
13580066     +United Coffee Service, Inc.,    1096 National Parkway,    Schaumburg, IL 60173-4519
13580071     +Village of South Elgin,    Utility Bill,    10 North Water Street,    South Elgin, IL 60177-1602
13580072     +Warwick Publishing, Inc.,    c/o Thomas J. Hayes/Ice Miller LLP,    2300 Cabot Dr., Suite 455,
               Lisle, IL 60532-4613
13580073     +Waste Management,    POB 4648,    Carol Stream, IL 60197-4648
15903621     +Western Surety Company,    c/o Kazlow & Fields, LLC,    11605 Crossroads Circle, Suite J,
               Baltimore, MD 21220-2865
13670300     +Wim C Vandermeer,    3960 Somonauk Road,    Sandwich, IL 60548-4090
13580074     +Wooster MotorSports Media,    2561 Kingston Rd., #54,    Leicester, NY 14481-9774
13580075     +Yamaha Motor Corporation USA,    Dept At 40440,    Atlanta, GA 31192-0001
13580048     +rk dixon,   5700 Utica Ridge Road,    Davenport, IA 52807-2943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13580012     +E-mail/Text: legalcollections@comed.com Aug 25 2011 05:00:39      ComEd,   2100 Swift Drive,
               Attn: BK Section/Revenue Management,    Oakbrook, IL 60523-1559
13580013      E-mail/Text: legalcollections@comed.com Aug 25 2011 05:00:39      ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
13580039     +E-mail/Text: bankrup@nicor.com Aug 25 2011 04:48:20      NICOR,   POB 0632,
               Aurora, IL 60507-0632
13580052     +E-mail/Text: Bankruptcy@safety-kleen.com Aug 25 2011 04:49:06      Safety-Kleen,
               5360 Legacy Drive,    Building 2, Suite 100,    Plano, TX 75024-3132
13580053     +E-mail/Text: SBSAR@SnapOn.com Aug 25 2011 04:48:54      Snap-on Business Solutions,
               23756 Network Place,    Chicago, IL 60673-1237
13580070      E-mail/PDF: bankruptcyverizoncom@afni.com Aug 25 2011 04:56:24      Verizon,   POB 9688,
               Mission Hills, CA 91346-9688
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13580045      Paul Epafanio
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
13580002*    +Andrew Stacy,    856 Warne Court,    Elburn, IL 60119-9153
13580003*    +Andrew Stacy,    856 Warne Court,    Elburn, IL 60119-9153
13580007*    +Bell Sports, Inc.,    3367 Paysphere Circle,    Chicago, IL 60674-0001
13580011*    +Castle Sales Company,    POB 10417,    Green Bay, WI 54307-0417
13580025*     Fox Head, Inc.,    Department 33155,    POB 39000,    San Francisco, CA 94139-3155
13580068*    +UPS,    Lockbox 577,   Carol Stream, IL 60132-0001
13580069*    +UPS,    Lockbox 577,   Carol Stream, IL 60132-0001
13580040*    +nicor,    POB 0632,   Aurora, IL 60507-0632
13579999    ##+American Beta,    2800 Rierside Avenue,    Paso Robles, CA 93446-1301
13580036    ##+Love Express, Inc.,    POB 66295,    Chicago, IL 60666-0295
13670301    ##+Nick Drummer,    28257 IL HWY 92,    LaMoille, IL 61330-9508
                                                                                   TOTALS: 1, * 9, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: cshabez              Page 3 of 3              Date Rcvd: Aug 24, 2011
                              Form ID: pdf006           Total Noticed: 82
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2011**                                    **Signature:**     *Joseph Speetjens*