# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: TUF POWERSPORTS, INC. | § | Case No. 09-70689 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,000.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $120,903.17 | Claims Discharged Without Payment: $4,388,017.03 |
| Total Expenses of Administration: $18,128.80 | |

3) Total gross receipts of $ 139,031.97 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $139,031.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $7,033,426.39 | $1,362.23 | $1,352.23 | $1,352.23 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,128.80 | 18,128.80 | 18,128.80 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,500.00 | 123,127.23 | 106,013.73 | 106,013.73 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,202,399.54 | 3,199,290.69 | 3,197,111.09 | 13,537.21 |
| **TOTAL DISBURSEMENTS** | $8,238,325.93 | $3,341,908.95 | $3,322,605.85 | $139,031.97 |

4)  This case was originally filed under Chapter 7 on February 27, 2009. The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/17/2012_____ By: _/s/JOSEPH D. OLSEN_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| St. Charles ank & Trust Company pledged to Kawas | 1129-000 | 115,484.48 |
| 2004 Chevy Pickup - 200,000 miles | 1129-000 | 12,500.00 |
| 48 foot gooseneck trailer | 1129-000 | 9,500.00 |
| credit memos | 1221-000 | 1,352.23 |
| Interest Income | 1270-000 | 195.26 |
| **TOTAL GROSS RECEIPTS** | | $139,031.97 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7S | Castle Sales Company | 4110-000 | N/A | 10.00 | 0.00 | 0.00 |
| 15-S | Fifth-Third Bank | 4110-000 | N/A | 1,352.23 | 1,352.23 | 1,352.23 |
| NOTFILED | (blank name) | 4110-000 | 2,742,488.39 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 1,400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 2,775,938.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 115,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $7,033,426.39 | $1,362.23 | $1,352.23 | $1,352.23 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 10,201.60 | 10,201.60 | 10,201.60 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 198.60 | 198.60 | 198.60 |
| United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 4,095.00 | 4,095.00 | 4,095.00 |
| Action Auctioneering | 3610-000 | N/A | 2,200.00 | 2,200.00 | 2,200.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 122.10 | 122.10 | 122.10 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 111.50 | 111.50 | 111.50 |
| Benning Group, LLC | 3310-000 | N/A | 950.00 | 950.00 | 950.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 257.56 | 257.56 | 257.56 |
| The Bank of New York Mellon | 2600-000 | N/A | -257.56 | -257.56 | -257.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 18,128.80 | 18,128.80 | 18,128.80 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | Illinois Department of Revenue | 5800-000 | N/A | 17,113.50 | 17,113.50 | 17,113.50 |
| 9P-2 | Illinois Department of Revenue | 5800-000 | N/A | 17,113.50 | 0.00 | 0.00 |
| 17P | Illinois Department of Employment Security | 5800-000 | N/A | 1,671.73 | 1,671.73 | 1,671.73 |
| 18 | Internal Revenue Service | 5800-000 | N/A | 87,228.50 | 87,228.50 | 87,228.50 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul Epafanio | 5200-000 | 500.00 | N/A | N/A | 0.00 |

| TOTAL PRIORITY UNSECURED CLAIMS | 2,500.00 | 123,127.23 | 106,013.73 | 106,013.73 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ComEd | 7100-000 | N/A | 3,354.56 | 3,354.56 | 14.38 |
| 2 | S & S Industrial Supplly | 7100-000 | 90.11 | 90.11 | 90.11 | 0.39 |
| 3 | Tom McShane | 7100-000 | N/A | 36,000.00 | 36,000.00 | 154.33 |
| 4 | Rockford Industrial Welding Supply, | 7100-000 | N/A | 180.60 | 180.60 | 0.77 |
| 5 | Cornerstone Partners | 7100-000 | 366.28 | 368.08 | 368.08 | 1.58 |
| 6 | Tucker Rocky distributing | 7100-000 | N/A | 24,391.44 | 24,391.44 | 104.56 |
| 7U | Castle Sales Company | 7100-000 | N/A | 7,755.56 | 7,755.56 | 33.25 |
| 8 | Wim C Vandermeer | 7100-000 | N/A | 122.64 | 122.64 | 0.53 |
| 9U | Illinois Department of Revenue | 7100-000 | N/A | 2,179.60 | 0.00 | 0.00 |
| 9U-2 | Illinois Department of Revenue | 7100-000 | N/A | 2,179.60 | 2,179.60 | 9.34 |
| 10 | Fox Head, Inc. | 7100-000 | N/A | 59,081.92 | 59,081.92 | 253.27 |
| 11 | Nick Drummer | 7100-000 | N/A | 1,499.00 | 1,499.00 | 6.43 |
| 12 | Parts Unlimited | 7100-000 | N/A | 61,260.87 | 61,260.87 | 262.62 |
| 13 | GE Commercial Distribution Finance Corporation\ | 7100-000 | N/A | 41,722.00 | 41,722.00 | 178.86 |
| 14 | Warwick Publishing, Inc. | 7100-000 | N/A | 38,163.06 | 38,163.06 | 0.00 |
| 16 | TraderMedia | 7200-000 | N/A | 27,729.20 | 27,729.20 | 0.00 |
| 17U | Illinois Department of Employment Security | 7200-000 | N/A | 340.00 | 340.00 | 0.00 |
| 18 | Internal Revenue Service | 7200-000 | N/A | 8,034.17 | 8,034.17 | 0.00 |
| 19 | Western Surety Company | 7200-000 | N/A | 2,990.00 | 2,990.00 | 0.00 |
| 15-U | Fifth Third Bank | 7100-000 | N/A | 2,881,684.68 | 2,881,684.68 | 12,353.30 |
| NOTFILED | NoFear MX, Inc. | 7100-000 | 16,892.55 | N/A | N/A | 0.00 |
| NOTFILED | OGIO International, Inc. | 7100-000 | 33.48 | N/A | N/A | 0.00 |
| NOTFILED | One Industries | 7100-000 | 5,461.70 | N/A | N/A | 0.00 |
| NOTFILED | PowerSports Network, Inc. | 7100-000 | 622.28 | N/A | N/A | 0.00 |
| NOTFILED | Parts Unlimited | 7100-000 | 77,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Industrial Welding Supply, | 7100-000 | 218.23 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Printing Solutinos, Inc. | 7100-000 | 190.88 | N/A | N/A | 0.00 |
| NOTFILED | rk dixon | 7100-000 | 1.86 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Fox Head, Inc. | 7100-000 | 23,622.30 | N/A | N/A | 0.00 |
| NOTFILED | NICOR | 7100-000 | 2,058.55 | N/A | N/A | 0.00 |
| NOTFILED | Kane Powersports, Inc. c/o Joseph Trysna | 7100-000 | 11,425.89 | N/A | N/A | 0.00 |
| NOTFILED | General Electric | 7100-000 | 494,935.79 | N/A | N/A | 0.00 |
| NOTFILED | Jason Hooper | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Kuryakyn Holdings, Inc. | 7100-000 | 77.24 | N/A | N/A | 0.00 |
| NOTFILED | Love Express, Inc. | 7100-000 | 431.97 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Tire Recyclilng, LLC | 7100-000 | 223.00 | N/A | N/A | 0.00 |
| NOTFILED | G&K Services | 7100-000 | 828.27 | N/A | N/A | 0.00 |
| NOTFILED | Fox Head, Inc. | 7100-000 | 8,083.29 | N/A | N/A | 0.00 |
| NOTFILED | MIdwest Motorcycle Setups, Inc. | 7100-000 | 292.50 | N/A | N/A | 0.00 |
| NOTFILED | nicor | 7100-000 | 2,023.45 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 447.04 | N/A | N/A | 0.00 |
| NOTFILED | RPM One | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | The CBE Group, Inc. | 7100-000 | 179.37 | N/A | N/A | 0.00 |
| NOTFILED | Sure Grip Recreational Necessities, Inc. | 7100-000 | 695.24 | N/A | N/A | 0.00 |
| NOTFILED | TeleCheck Services, Inc | 7100-000 | 40.91 | N/A | N/A | 0.00 |
| NOTFILED | The Window Man, Inc. | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | TraderMedia | 7100-000 | 13,770.00 | N/A | N/A | 0.00 |
| NOTFILED | United Coffee Service, Inc. | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Troy Lee Designs | 7100-000 | 922.63 | N/A | N/A | 0.00 |
| NOTFILED | Tucker Rocky Distributing | 7100-000 | 8,540.19 | N/A | N/A | 0.00 |
| NOTFILED | Spy+ | 7100-000 | 189.47 | N/A | N/A | 0.00 |
| NOTFILED | Snap-on Business Solutions | 7100-000 | 210.60 | N/A | N/A | 0.00 |
| NOTFILED | Soaring Helmter Corp./VEGA Helmet | 7100-000 | 3,615.34 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 944.86 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 24.35 | N/A | N/A | 0.00 |
| NOTFILED | Village of South Elgin Utility Bill | 7100-000 | 495.45 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 24.31 | N/A | N/A | 0.00 |
| NOTFILED | Wooster MotorSports Media | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 24.91 | N/A | N/A | 0.00 |
| NOTFILED | First Advantage CREDCO | 7100-000 | 170.16 | N/A | N/A | 0.00 |
| NOTFILED | Yamaha Motor Corporation USA | 7100-000 | 69.03 | N/A | N/A | 0.00 |
| NOTFILED | Safety-Kleen | 7100-000 | 702.47 | N/A | N/A | 0.00 |
| NOTFILED | Castle Sales Company | 7100-000 | 1,291.29 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | ADP Lightspeed | 7100-000 | 2,317.92 | N/A | N/A | 0.00 |
| NOTFILED | Tom McShane | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DuPage Honda | 7100-000 | 26,835.89 | N/A | N/A | 0.00 |
| NOTFILED | ADP Lightspeed | 7100-000 | 1,133.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services, Inc. | 7100-000 | 163.81 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 1,428.37 | N/A | N/A | 0.00 |
| NOTFILED | Castle Sales Company | 7100-000 | 5,219.88 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 918.10 | N/A | N/A | 0.00 |
| NOTFILED | Contemporary Distribution, Inc. | 7100-000 | 387.00 | N/A | N/A | 0.00 |
| NOTFILED | Commerce Bank | 7100-000 | 453,788.95 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb Chamber of Commerce | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Coverall North America, Inc. | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Clean Heritage Crystal Clean | 7100-000 | 649.17 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 277.65 | N/A | N/A | 0.00 |
| NOTFILED | Bell Sports, Inc. | 7100-000 | 381.74 | N/A | N/A | 0.00 |
| NOTFILED | Caine & Weiner | 7100-000 | 27,484.49 | N/A | N/A | 0.00 |
| NOTFILED | Allied Waste Services | 7100-000 | 481.09 | N/A | N/A | 0.00 |
| NOTFILED | American Beta | 7100-000 | 166.29 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 1,615.61 | N/A | N/A | 0.00 |
| NOTFILED | Arctic Cat Sales, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Industrial Source | 7100-000 | 335.48 | N/A | N/A | 0.00 |
| NOTFILED | Bell Sports, Inc. | 7100-000 | 328.86 | N/A | N/A | 0.00 |
| | United States Bankruptcy Court | 7100-001 | N/A | 163.60 | 163.60 | 163.60 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,202,399.54 | 3,199,290.69 | 3,197,111.09 | 13,537.21 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-70689 | Trustee: | (330400) | JOSEPH D. OLSEN |
| Case Name: | TUF POWERSPORTS, INC. | Filed (f) or Converted (c): | 02/27/09 (f) |
| | | §341(a) Meeting Date: | 04/07/09 |
| Period Ending: 02/17/12 | | Claims Bar Date: | 08/18/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | St. Charles ank & Trust Company pledged to Kawas | 115,000.00 | 105,000.00 | | 115,484.48 | FA |
| 2 | 2004 Chevy Pickup - 200,000 miles | 3,000.00 | 3,000.00 | | 12,500.00 | FA |
| 3 | 48 foot gooseneck trailer | 10,000.00 | 10,000.00 | | 9,500.00 | FA |
| 4 | misc. office equipment | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | misc. fixtures, equipments, etc. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | credit memos  (u) | 0.00 | 1,200.00 | | 1,352.23 | FA |
| 7 | (Tollway) Silverado pickup  (u) | 0.00 | Unknown | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 195.26 | FA |
| 8 | **Assets**    **Totals** (Excluding unknown values) | **$131,000.00** | **$119,200.00** | | **$139,031.97** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**    August 23, 2011  (Actual)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: TUF POWERSPORTS, INC. | § | Case No. 09-70689 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $3,000.00 *(without deducting any secured claims)* | Assets Exempt:   $0.00 |
| Total Distribution to Claimants: $120,903.17 | Claims Discharged Without Payment:  $4,388,017.03 |
| Total Expenses of Administration:  $18,128.80 | |

3) Total gross receipts of $ 139,031.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $139,031.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $7,033,426.39 | $1,362.23 | $1,352.23 | $1,352.23 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,128.80 | 18,128.80 | 18,128.80 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,500.00 | 123,127.23 | 106,013.73 | 106,013.73 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,202,399.54 | 3,199,290.69 | 3,197,111.09 | 13,537.21 |
| **TOTAL DISBURSEMENTS** | $8,238,325.93 | $3,341,908.95 | $3,322,605.85 | $139,031.97 |

4)  This case was originally filed under Chapter 7 on February 27, 2009. The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/17/2012_____    By: /s/JOSEPH D. OLSEN_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| St. Charles ank & Trust Company pledged to Kawas | 1129-000 | 115,484.48 |
| 2004 Chevy Pickup - 200,000 miles | 1129-000 | 12,500.00 |
| 48 foot gooseneck trailer | 1129-000 | 9,500.00 |
| credit memos | 1221-000 | 1,352.23 |
| Interest Income | 1270-000 | 195.26 |
| **TOTAL GROSS RECEIPTS** | | $139,031.97 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7S | Castle Sales Company | 4110-000 | N/A | 10.00 | 0.00 | 0.00 |
| 15-S | Fifth-Third Bank | 4110-000 | N/A | 1,352.23 | 1,352.23 | 1,352.23 |
| NOTFILED | (blank name) | 4110-000 | 2,742,488.39 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 1,400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 2,775,938.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 115,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $7,033,426.39 | $1,362.23 | $1,352.23 | $1,352.23 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 10,201.60 | 10,201.60 | 10,201.60 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 198.60 | 198.60 | 198.60 |
| United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 4,095.00 | 4,095.00 | 4,095.00 |
| Action Auctioneering | 3610-000 | N/A | 2,200.00 | 2,200.00 | 2,200.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 122.10 | 122.10 | 122.10 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 111.50 | 111.50 | 111.50 |
| Benning Group, LLC | 3310-000 | N/A | 950.00 | 950.00 | 950.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 257.56 | 257.56 | 257.56 |
| The Bank of New York Mellon | 2600-000 | N/A | -257.56 | -257.56 | -257.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 18,128.80 | 18,128.80 | 18,128.80 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | Illinois Department of Revenue | 5800-000 | N/A | 17,113.50 | 17,113.50 | 17,113.50 |
| 9P-2 | Illinois Department of Revenue | 5800-000 | N/A | 17,113.50 | 0.00 | 0.00 |
| 17P | Illinois Department of Employment Security | 5800-000 | N/A | 1,671.73 | 1,671.73 | 1,671.73 |
| 18 | Internal Revenue Service | 5800-000 | N/A | 87,228.50 | 87,228.50 | 87,228.50 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul Epafanio | 5200-000 | 500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 2,500.00 | 123,127.23 | 106,013.73 | 106,013.73 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ComEd | 7100-000 | N/A | 3,354.56 | 3,354.56 | 14.38 |
| 2 | S & S Industrial Supplly | 7100-000 | 90.11 | 90.11 | 90.11 | 0.39 |
| 3 | Tom McShane | 7100-000 | N/A | 36,000.00 | 36,000.00 | 154.33 |
| 4 | Rockford Industrial Welding Supply, | 7100-000 | N/A | 180.60 | 180.60 | 0.77 |
| 5 | Cornerstone Partners | 7100-000 | 366.28 | 368.08 | 368.08 | 1.58 |
| 6 | Tucker Rocky distributing | 7100-000 | N/A | 24,391.44 | 24,391.44 | 104.56 |
| 7U | Castle Sales Company | 7100-000 | N/A | 7,755.56 | 7,755.56 | 33.25 |
| 8 | Wim C Vandermeer | 7100-000 | N/A | 122.64 | 122.64 | 0.53 |
| 9U | Illinois Department of Revenue | 7100-000 | N/A | 2,179.60 | 0.00 | 0.00 |
| 9U-2 | Illinois Department of Revenue | 7100-000 | N/A | 2,179.60 | 2,179.60 | 9.34 |
| 10 | Fox Head, Inc. | 7100-000 | N/A | 59,081.92 | 59,081.92 | 253.27 |
| 11 | Nick Drummer | 7100-000 | N/A | 1,499.00 | 1,499.00 | 6.43 |
| 12 | Parts Unlimited | 7100-000 | N/A | 61,260.87 | 61,260.87 | 262.62 |
| 13 | GE Commercial Distribution Finance Corporation\ | 7100-000 | N/A | 41,722.00 | 41,722.00 | 178.86 |
| 14 | Warwick Publishing, Inc. | 7100-000 | N/A | 38,163.06 | 38,163.06 | 0.00 |
| 16 | TraderMedia | 7200-000 | N/A | 27,729.20 | 27,729.20 | 0.00 |
| 17U | Illinois Department of Employment Security | 7200-000 | N/A | 340.00 | 340.00 | 0.00 |
| 18 | Internal Revenue Service | 7200-000 | N/A | 8,034.17 | 8,034.17 | 0.00 |
| 19 | Western Surety Company | 7200-000 | N/A | 2,990.00 | 2,990.00 | 0.00 |
| 15-U | Fifth Third Bank | 7100-000 | N/A | 2,881,684.68 | 2,881,684.68 | 12,353.30 |
| NOTFILED | NoFear MX, Inc. | 7100-000 | 16,892.55 | N/A | N/A | 0.00 |
| NOTFILED | OGIO International, Inc. | 7100-000 | 33.48 | N/A | N/A | 0.00 |
| NOTFILED | One Industries | 7100-000 | 5,461.70 | N/A | N/A | 0.00 |
| NOTFILED | PowerSports Network, Inc. | 7100-000 | 622.28 | N/A | N/A | 0.00 |
| NOTFILED | Parts Unlimited | 7100-000 | 77,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Industrial Welding Supply, | 7100-000 | 218.23 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Printing Solutinos, Inc. | 7100-000 | 190.88 | N/A | N/A | 0.00 |
| NOTFILED | rk dixon | 7100-000 | 1.86 | N/A | N/A | 0.00 |

| NOTFILED | Fox Head, Inc. | 7100-000 | 23,622.30 | N/A | N/A | 0.00 |
| NOTFILED | NICOR | 7100-000 | 2,058.55 | N/A | N/A | 0.00 |
| NOTFILED | Kane Powersports, Inc. c/o Joseph Trysna | 7100-000 | 11,425.89 | N/A | N/A | 0.00 |
| NOTFILED | General Electric | 7100-000 | 494,935.79 | N/A | N/A | 0.00 |
| NOTFILED | Jason Hooper | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Kuryakyn Holdings, Inc. | 7100-000 | 77.24 | N/A | N/A | 0.00 |
| NOTFILED | Love Express, Inc. | 7100-000 | 431.97 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Tire Recyclilng, LLC | 7100-000 | 223.00 | N/A | N/A | 0.00 |
| NOTFILED | G&K Services | 7100-000 | 828.27 | N/A | N/A | 0.00 |
| NOTFILED | Fox Head, Inc. | 7100-000 | 8,083.29 | N/A | N/A | 0.00 |
| NOTFILED | MIdwest Motorcycle Setups, Inc. | 7100-000 | 292.50 | N/A | N/A | 0.00 |
| NOTFILED | nicor | 7100-000 | 2,023.45 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 447.04 | N/A | N/A | 0.00 |
| NOTFILED | RPM One | 7100-000 | 49.00 | N/A | N/A | 0.00 |
| NOTFILED | The CBE Group, Inc. | 7100-000 | 179.37 | N/A | N/A | 0.00 |
| NOTFILED | Sure Grip Recreational Necessities, Inc. | 7100-000 | 695.24 | N/A | N/A | 0.00 |
| NOTFILED | TeleCheck Services, Inc | 7100-000 | 40.91 | N/A | N/A | 0.00 |
| NOTFILED | The Window Man, Inc. | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | TraderMedia | 7100-000 | 13,770.00 | N/A | N/A | 0.00 |
| NOTFILED | United Coffee Service, Inc. | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Troy Lee Designs | 7100-000 | 922.63 | N/A | N/A | 0.00 |
| NOTFILED | Tucker Rocky Distributing | 7100-000 | 8,540.19 | N/A | N/A | 0.00 |
| NOTFILED | Spy+ | 7100-000 | 189.47 | N/A | N/A | 0.00 |
| NOTFILED | Snap-on Business Solutions | 7100-000 | 210.60 | N/A | N/A | 0.00 |
| NOTFILED | Soaring Helmter Corp./VEGA Helmet | 7100-000 | 3,615.34 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 944.86 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 24.35 | N/A | N/A | 0.00 |
| NOTFILED | Village of South Elgin Utility Bill | 7100-000 | 495.45 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 24.31 | N/A | N/A | 0.00 |
| NOTFILED | Wooster MotorSports Media | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 24.91 | N/A | N/A | 0.00 |
| NOTFILED | First Advantage CREDCO | 7100-000 | 170.16 | N/A | N/A | 0.00 |
| NOTFILED | Yamaha Motor Corporation USA | 7100-000 | 69.03 | N/A | N/A | 0.00 |
| NOTFILED | Safety-Kleen | 7100-000 | 702.47 | N/A | N/A | 0.00 |
| NOTFILED | Castle Sales Company | 7100-000 | 1,291.29 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | ADP Lightspeed | 7100-000 | 2,317.92 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Tom McShane | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DuPage Honda | 7100-000 | 26,835.89 | N/A | N/A | 0.00 |
| NOTFILED | ADP Lightspeed | 7100-000 | 1,133.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services, Inc. | 7100-000 | 163.81 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 1,428.37 | N/A | N/A | 0.00 |
| NOTFILED | Castle Sales Company | 7100-000 | 5,219.88 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 918.10 | N/A | N/A | 0.00 |
| NOTFILED | Contemporary Distribution, Inc. | 7100-000 | 387.00 | N/A | N/A | 0.00 |
| NOTFILED | Commerce Bank | 7100-000 | 453,788.95 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb Chamber of Commerce | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Coverall North America, Inc. | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Clean Heritage Crystal Clean | 7100-000 | 649.17 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 277.65 | N/A | N/A | 0.00 |
| NOTFILED | Bell Sports, Inc. | 7100-000 | 381.74 | N/A | N/A | 0.00 |
| NOTFILED | Caine & Weiner | 7100-000 | 27,484.49 | N/A | N/A | 0.00 |
| NOTFILED | Allied Waste Services | 7100-000 | 481.09 | N/A | N/A | 0.00 |
| NOTFILED | American Beta | 7100-000 | 166.29 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 1,615.61 | N/A | N/A | 0.00 |
| NOTFILED | Arctic Cat Sales, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Industrial Source | 7100-000 | 335.48 | N/A | N/A | 0.00 |
| NOTFILED | Bell Sports, Inc. | 7100-000 | 328.86 | N/A | N/A | 0.00 |
| | United States Bankruptcy Court | 7100-001 | N/A | 163.60 | 163.60 | 163.60 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,202,399.54 | 3,199,290.69 | 3,197,111.09 | 13,537.21 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-70689 | **Trustee:** (330400) JOSEPH D. OLSEN |
| **Case Name:** TUF POWERSPORTS, INC. | **Filed (f) or Converted (c):** 02/27/09 (f) |
| | **§341(a) Meeting Date:** 04/07/09 |
| **Period Ending:** 02/17/12 | **Claims Bar Date:** 08/18/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | St. Charles ank & Trust Company pledged to Kawas | 115,000.00 | 105,000.00 | | 115,484.48 | FA |
| 2 | 2004 Chevy Pickup - 200,000 miles | 3,000.00 | 3,000.00 | | 12,500.00 | FA |
| 3 | 48 foot gooseneck trailer | 10,000.00 | 10,000.00 | | 9,500.00 | FA |
| 4 | misc. office equipment | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | misc. fixtures, equipments, etc. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | credit memos  (u) | 0.00 | 1,200.00 | | 1,352.23 | FA |
| 7 | (Tollway) Silverado pickup  (u) | 0.00 | Unknown | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 195.26 | FA |
| 8 | **Assets**    **Totals** (Excluding unknown values) | **$131,000.00** | **$119,200.00** | | **$139,031.97** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**         **Current Projected Date Of Final Report (TFR):**    August 23, 2011  (Actual)